IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:21-cr-30 |
| CLIFFORD ADAMS, III, | |
| Defendant. | |

**O R D E R**

On April 12, 2024, the parties filed their Joint Status Report. Doc. 138. In that report, the parties state several of Defendant's Motions, docs. 133–137, remain unresolved. The Joint Status Report states the motions are unopposed and neither party has requested oral argument or an evidentiary hearing. Therefore, the Motions Hearing scheduled for April 24, 2024 at 10:00 a.m. is cancelled as to Defendant Clifford Adams, III.

Defendant's remaining motions ask the Court to order the Government to produce certain materials: (1) Motion for Discovery of Exculpatory Evidence, doc. 133; (2) Motion for Preservation and Production of Investigative Agent Notes, doc. 134; (3) Motion for Disclosure of Witnesses, doc. 136; and (4) Motion for Discovery and Inspection of Evidence that Government Intends to Offer at Trial, doc. 137. Having considered the representations in the parties' Status Report, and the merits of these unopposed motions, Defendant's Motions, docs. 133–134, and docs. 136–137 are **GRANTED as unopposed**. The Government shall disclose the requested information, to the extent it has not already done so. The Government is required to disclose information known to the Government or that could be known to the Government through the exercise of due diligence.

The Court **DENIES** Defendant's Motion to Participate in and Conduct Voir Dire Examination.  Doc. 135.  The District Judge presiding over this case shall conduct voir dire.  The denial of Defendant's Motion to Participate in and Conduct Voir Dire Examination does not preclude the parties from presenting proposed voir dire questions for the Court's consideration at the appropriate time.

**SO ORDERED**, this 18th day of April, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA